UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 19-1439-JFW (KS)                                      Date: January 24, 2020

Title      *Christopher Batres v. R. Cortazar*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|            Gay Roberson            |            N/A            |
|------------------------------------|---------------------------|
|            Deputy Clerk            | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) NOTICE RE: PLAINTIFF'S VOLUNTARY DISMISSAL**

On July 30, 2019, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint"). (Dkt. No. 1.) On August 12, 2019, the Court dismissed the Complaint with leave to amend. (Dkt. No. 8.) On September 16, 2019, Plaintiff filed a First Amended Complaint (the "FAC"). (Dkt. No. 14.) On September 26, 2019, the Court dismissed the FAC with leave to amend. (Dkt. No. 15.) On December 19, 2019, Plaintiff filed a "Memorandum Petitioning this Central District Court for Leave to Amend Dismissing Without Prejudice" (the "Memorandum") (Dkt. No. 20), in which he asked the Court to "dismiss petition (without prejudice) due to the current prison lockdown and a violation of [Plaintiff's] rights" under "*Lewis v. Casey*." (Memorandum at 1, 3); *see also Lewis v. Casey*, 518 U.S. 343, 348 (1996). In response, the Court directed Plaintiff to clarify his request by filing one of the following: a signed document entitled "Notice of Voluntary Dismissal," a request for a third extension of time to file a Second Amended Complaint; or a Second Amended Complaint that complies with the Court's September 26, 2019 Order. (Dkt. No. 21.)

Plaintiff then filed: (1) an unsigned Second Amended Complaint (the "SAC") (Dkt. No. 22) in which he asks for the voluntary dismissal of this action under Fed. R. Civ. P. 41(a) (*id.* at CM/ECF Page ID 172); and (2) a signed form "Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)," in which he states that he dismisses the action in its entirety (*id.* at CM/ECF Page ID 173).

Plaintiff has now repeatedly requested the dismissal of this action. In the Memorandum he filed on December 19, 2019, Plaintiff asked the Court to "dismiss petition (without prejudice)." (Memorandum at 1.) In response to the Court's order requiring clarification, Plaintiff filed an

unsigned Second Amended Complaint requesting the voluntary dismissal of the action and a signed Notice of Dismissal stating that Plaintiff is dismissing this action pursuant to Fed. R. Civ. P. 41(a).

Having requested clarification in response to Plaintiff's first request for dismissal and received a signed Notice of Dismissal form from Plaintiff, the Court is compelled to take Plaintiff at his word and close this case pursuant to Fed. R. Civ. P. 41(a). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this dismissal is without prejudice and takes effect without court order or judgment.

:

**Initials of Preparer**   gr